UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:21-MJ-01112 (RMS) |
| | : | |
| vs. | : | |
| | : | |
| JOHN BERNARDO | : | NOVEMBER 10, 2021 |

### DEFENDANT'S FIRST CONSENT MOTION TO CONTINUE PRELIMINARY HEARING

The defendant, Mr. John Bernardo, through undersigned counsel, respectfully moves to continue the preliminary hearing in the above-captioned matter for approximately 60 days, pursuant to Rules 5.1(d) and 45(b) of the Federal Rules of Criminal Procedure. Mr. Bernardo's arrest and initial appearance occurred on November 4, 2021. Under 18 U.S.C. § 3161(b), an indictment or information must be filed within 30 days of a defendant's arrest. Rule 5.1(c) of the Federal Rules of Criminal Procedure additionally requires that a preliminary hearing be held within 14 days of the initial appearance of a defendant who is in custody. A preliminary hearing is currently scheduled for November 24, 2021.

Undersigned counsel is in need of additional time to negotiate a disposition with the government. The defendant therefore moves to continue the time within which a preliminary hearing should be held by 60 days, or until January 24, 2022.

This is the defendant's first request for an extension of the preliminary hearing date. A signed waiver of rights will be filed forthwith. Counsel for the government consents to the proposed continuance.

For the reasons stated above, the defendant respectfully requests that the Court exclude the time through and including January 24, 2022 from calculation under Rule 5.1 and 18 U.S.C. § 3161(b), as a continuance is in the interest of justice.

THE DEFENDANT,
JOHN BERNARDO

BY /s/ Noor Abu-Hantash
NOOR ABU-HANTASH
Fed. Bar No. CT30594
2 Lincoln Street
New Haven, CT 06510
(203) 624-6115 (tel)
(203) 624 4791 (fax)

## **CERTIFICATION**

I hereby certify that on this 10th day of November, 2021, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court MC/ECF System.

/s/ Noor Abu-Hantash
NOOR ABU-HANTASH