UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:21-MJ-01112 (RMS) |
| vs. | : | |
| JOHN BERNARDO | : | NOVEMBER 10, 2021 |

## **WAIVER OF SPEEDY TRIAL RIGHTS**

Defendant, John Bernardo, hereby gives a limited waiver of the rights accorded him by the Speedy Trial Act of 1974, 18 U.S.C. §3161(b), requiring the filing of an indictment information within 30 days of his arrest, and by Federal Rule of Criminal Procedure 5.1(c) requiring a preliminary hearing within 14 days of his initial appearance. In support of this waiver, Mr. Bernardo states as follows:

He is represented by and has consulted with his attorney concerning this waiver;

He understands that by signing this document he will be giving up rights accorded him by the Speedy Trial Act; and

He requests that the Court find that the requested continuance is in the best interest of the defendant, that it outweighs the public interest in a speedy trial, and that the period of delay from date of this signature through and including January 24, 2022, should be excluded.

\_\_/s/John Bernardo_____         _____November 10, 2021_____
John Bernardo                                            Date


\_/s/Noor Abu-Hantash_____         _____November 10, 2021_____
Noor Abu-Hantash                                      Date